# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>KENYON JACKSON,<br><br>　　　　　　Defendant. | Case No. 3:20-cr-00080-SLG-MMS-2 |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court at Docket 231 is a Final Report and Recommendation of the Magistrate Judge Upon a Plea of Guilty recommending that the Court accept the Defendant's guilty plea. In Defendant's plea agreement, the parties agree that pretrial diversion is appropriate in this case.[1] If Defendant complies with the conditions set forth in the plea agreement, the parties agree that Defendant will be permitted to withdraw his guilty plea, and the Government will move to dismiss the indictment. No objections to the Report and Recommendation were filed.

The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1). That statute provides that a district court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge."[2] A court is to "make a de novo determination of those portions of the magistrate judge's report

---

[1] Docket 225 at 1-2.

[2] 28 U.S.C. § 636(b)(1).

or specified proposed findings or recommendations to which objection is made."[3] However, § 636(b)(1) does not "require district court review of a magistrate's factual or legal conclusions, under a *de novo* or any other standard, when neither party objects to those findings."[4]

The Magistrate Judge recommended that the Court accept Defendant's guilty plea and accept the pretrial diversion agreement.[5] The Court has reviewed the Report and Recommendation and agrees with its analysis. Accordingly, the Court adopts the Report and Recommendation. IT IS ORDERED that Defendant's guilty plea is ACCEPTED, and the parties' pretrial diversion agreement is APPROVED.

The parties shall file a status report on or before February 25, 2026.

DATED this 2nd day of December, 2025, at Anchorage, Alaska.

*/s/ Sharon L. Gleason*
UNITED STATES DISTRICT JUDGE

---

[3] *Id.*

[4] *Thomas v. Arn*, 474 U.S. 140, 150 (1985); *see also United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).

[5] Docket 232.

Case No. 3:20-cr-00080-SLG-MMS-2, *United States v. Jackson*
Order on Report and Recommendation
Page 2 of 2
Case 3:20-cr-00080-SLG-MMS    Document 233    Filed 12/02/25    Page 2 of 2